PROB 12B
(7/93)

Report Date: October 9, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 11 2012

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

# United States District Court

**for the**

**Eastern District of Washington**

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Todd Sawyer

Case Number: 2:09CR00064-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: November 13, 2009

Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Date Supervision to Commence: October 13, 2012

Original Sentence: Prison - 46 Months; TSR - 36 Months

Date Supervision Expires: October 12, 2015

---

**PETITIONING THE COURT**

To **remove** the conditions of supervision as follows:

18 You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**CAUSE**

Mr. Sawyer is scheduled to release from the Bureau of Prisons' custody on October 13, 2012. At this time, he has an approved release address in Spokane, Washington, and will reside with a friend. He has had the benefits of pre-release transition services since June 8, 2012, and is not in need of an additional 180 days of RRC placement. Therefore, it is respectfully recommended that the above special condition be removed.

Mr. Sawyer has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/09/2012

s/Anne Sauther

U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/11/2012

Date

08/24/2012 06:06 2086673154 PORT OF HOPE PAGE 01/01

10/05/2012 16:19 FAX 5097426339 US PROBATION SPOKANE 002/002

PROB 49 (3/89)

RECEIVED
OCT 09 2012
U.S. PROBATION OFFICE SPOKANE

# United States District Court

## Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To remove the conditions of supervision as follows:

18 You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: ______________________________
U.S. Probation Officer

Signed: Todd SAWYER
Todd Sawyer
Probationer or Supervised Releasee

10/09/2012
Date