PROB 12C
(7/93)

Report Date: March 27, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAR 2 8 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Todd Sawyer    Case Number: 2:09CR00064-001 -RHW

Address of Offender:    Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: November 13, 2009

Original Offense:    Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 46 Months;    Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney:    Russell E. Smoot    Date Supervision Commenced: October 12, 2012

Defense Attorney:    Christian J. Phelps    Date Supervision Expires: October 11, 2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 26, 2013, the United States Probation Office received information indicating that Mr. Sawyer was involved in the distribution of methamphetamine. The United States Probation Office initiated the search of the offender's residence, and obtained assistance from law enforcement. Three packaged quantities of a crystalline substance were located in the residence, along with a digital scale. The substance contained in the package field-tested positive for methamphetamine. Mr. Sawyer was arrested for possession with intent to deliver a controlled substance. |
| 2 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: Upon a search of the offender's residence, officers located a substance that field-tested positive for methamphetamine. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Sawyer, Todd
March 27, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/27/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/28/2013
Date